**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**
**AT CHARLESTON**

**WEST VIRGINIA RIVERS COALITION, INC.,**
**and 350.org,**

**Plaintiffs,**

2:26-cv-679

**v.** **Civil Action No. 2:26-cv-______**

**JOHN B. McCUSKEY, in his official capacity as**
**Attorney General of the State of West Virginia,**

**Defendant.**

**PLAINTIFFS' MOTION FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**

Plaintiffs West Virginia Rivers Coalition, Inc., and 350.org received investigatory subpoenas from Defendant John B. McCuskey, the West Virginia Attorney General. The subpoenas, which violate the First, Fourth and Fourteenth Amendments to the United States Constitution, announce an investigation into each recipient and demand extensive information related to Plaintiffs' work on climate change, including donor information. The subpoenas were not issued for any legitimate governmental purpose but are a political action by the Attorney General that is intended to stifle speech that he does not like and to otherwise harass and retaliate against groups to which he and his allies are politically opposed.

The subpoenas and the related "investigations" violate Plaintiffs' constitutional rights, including chilling their First Amendment activities and subjecting them to unreasonable investigations and demands in violation of the Fourth Amendment. These harms will continue until the subpoenas and investigations are enjoined. For the reasons set forth in the memorandum accompanying this motion and the attached exhibits, pursuant to Federal Rule of Civil Procedure 65(a), Plaintiffs respectfully request that the Court issue a temporary restraining order and preliminary injunction against Defendant, prohibiting Defendant from taking any steps to further his sham investigations

into Plaintiffs, including enforcing the subpoenas he has issued and/or initiating any other judicial proceedings under the West Virginia Consumer Credit and Protection Act or any other law predicated on the subjects of the investigations. Plaintiffs have notified Defendant, via email to Zachary Viglianco, of this Motion.

DATED: October 22, 2026

Respectfully submitted,

**/s/ Derek Teaney**

DEREK TEANEY (WVBN 10223)
AMANDA DEMMERLE (WVBN 13930)
APPALACHIAN MOUNTAIN ADVOCATES, INC.
P.O. Box 507
Lewisburg, WV 24901
Telephone: (304) 646-1182
Email: dteaney@appalmad.org
ademmerle@appalmad.org

Counsel for Plaintiffs