**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**CHARLESTON DIVISION**

WEST VIRGINIA RIVERS COALITION, INC., and

350.ORG,

Plaintiffs,

v. CIVIL ACTION NO. 2:26-cv-00679

JOHN B MCCUSKEY,
*In his official capacity as Attorney General*
*of the State of West Virginia*

Defendant.

**ORDER**

On October 22, 2026, Plaintiffs West Virginia Rivers Coalition, Inc. and 350.org filed a Complaint, [ECF No. 1], and a Motion for a Temporary Restraining Order and Preliminary Injunction, [ECF No. 2], against John B. McCuskey, Attorney General of the State of West Virginia.

The Complaint alleges that Attorney General McCuskey, in his official capacity, started "baseless and retaliatory investigations" into Plaintiffs, two environmental advocacy groups. The investigation, as alleged, began with subpoenas that demand Plaintiffs turn over enormous amounts of information related to their work as climate advocates. That includes "ten years of . . . records concerning [their] public statements on climate and energy," "internal deliberations about those statements," solicitations for charitable donations, the sources and amounts of funding received by Plaintiffs, information about the organizations Plaintiffs have paid, their interactions and communications with other advocacy organizations, and their litigation of climate issues

before courts and regulatory agencies. The subpoenaed information must be provided to the State no later than November 2, 2026.

Plaintiffs assert that this investigation—particularly the sweeping subpoenas—violates their First, Fourth, and Fourteenth Amendment rights to free speech and free association as well as their freedoms to advocate for certain petitions, litigate issues, and fundraise in support of climate and environmental endeavors. Plaintiffs also assert that these subpoenas are in retaliation of this advocacy effort, citing numerous examples of Attorney General McCuskey and his office publicly disparaging these groups by name, According to Plaintiffs, these statements, subpoenas, and the investigation all intend to chill Plaintiffs' speech and deter them from engaging in any environmental advocacy.

Now, Plaintiffs move for a hearing before the November 2, 2026 deadline for subpoena production. Plaintiffs also ask this court to hold that the subpoenas violate the First, Fourth, and Fourteenth Amendments, and enjoin the Attorney General from continuing to pursue this "baseless and retaliatory" investigation. Counsel for Attorney General McCuskey has not yet appeared in this case, but the Plaintiffs indicate they have provided notice and a copy of this filing to Attorney General McCuskey's office.

Accordingly, the court **ORDERS** Attorney General McCuskey to respond to the Motion for a Temporary Restraining Order no later than **October 26, 2026, at 3:00 p.m.** Any reply must be filed no later than **October 27, 2026, at 3:00 p.m.**

A hearing on the motion for a temporary restraining order is **SCHEDULED** for **October 29, 2026, at 1:00 p.m.** in Charleston, West Virginia. At the hearing the court will only hear argument in support of and in opposition against issuing a temporary restraining order. The court's

consideration will be limited to the briefs and argument at the hearing. Evidence will not be introduced at the hearing.

Counsel for the Plaintiffs is **DIRECTED** to **IMMEDIATELY** furnish a copy of this Order, the Complaint, the Motion, the Memorandum in Support, and all attached exhibits to Attorney General McCuskey.

The court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

ENTER: October 22, 2026

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE