# Ex. A

**Zachary A. Viglianco**

| | |
|---|---|
| **From:** | Zachary A. Viglianco |
| **Sent:** | Thursday, October 22, 2026 11:33 AM |
| **To:** | tyler@sslawwv.com |
| **Cc:** | 'Scott Harris Esq.' |
| **Subject:** | RE: Downstream Strategies, L.L.C. |

Tyler –

It was a pleasure speaking to you earlier today. Please treat this email as confirmation that, in light of our conversation and given the meaningful representations of progress toward compliance, the receipt of a response from Downstream Strategies by November 20th will be treated as full compliance with the deadline outlined in the subpoena.

Thank you!

-Zach

**Zachary A. Viglianco**
*Director of Strategic Litigation*
Office of the WV Attorney General
Main Office: 304.558.2021
Direct: 304.558.4426 | Cell: 304.215.3020
Zachary.A.Viglianco@wvago.gov

---

**From:** tyler@sslawwv.com <tyler@sslawwv.com>
**Sent:** Thursday, October 22, 2026 11:30 AM
**To:** Zachary A. Viglianco <zviglianco@wvago.gov>
**Cc:** 'Scott Harris Esq.' <scott@sslawwv.com>
**Subject:** RE: Downstream Strategies, L.L.C.

You don't often get email from tyler@sslawwv.com. Learn why this is important

Zach,

Thank you for speaking with me a few minutes ago. As we discussed, Downstream Strategies is still in the process of gathering documents responsive to the Investigatory Subpoena. I do not believe that Downstream Strategies will be in a position to respond to the Investigatory Subpoena by the current deadline of November 2, 2026. As such, Downstream Strategies requests an extension until November 20, 2026, to respond to the Investigatory Subpoena.

Tyler

--
J. Tyler Slavey, Esq.
Slavey & Shumaker PLLC
174 Chancery Row
Morgantown, WV 26505
(304) 212-5791

(304) 212-7908 (fax)
www.sslawwv.com

CRIMINAL DEFENSE | PERSONAL INJURY | CIVIL LITIGATION

The information contained in this electronic mail message is from the law firm of Slavey & Shumaker PLLC and may contain legally privileged or confidential information intended for use by authorized persons. If you have received this email in error, then please permanently delete the email. Please do not disseminate, distribute, or copy this email. If you have received this email in error, then please contact Slavey & Shumaker PLLC immediately so that we may take appropriate action. Thank you.

---

**From:** tyler@sslawwv.com <tyler@sslawwv.com>
**Sent:** Wednesday, October 21, 2026 9:07 AM
**To:** 'Zachary A. Viglianco' <zviglianco@wvago.gov>
**Cc:** 'Scott Harris Esq.' <scott@sslawwv.com>
**Subject:** RE: Downstream Strategies, L.L.C.

Zach,

Is there a good time when I can give you a call today? I wanted to update you on Downstream Strategies' efforts to respond to the Investigatory Subpoena and to discuss some logistical issues. Thank you.

Tyler

--
J. Tyler Slavey, Esq.
Slavey & Shumaker PLLC
174 Chancery Row
Morgantown, WV 26505
(304) 212-5791
(304) 212-7908 (fax)
www.sslawwv.com

CRIMINAL DEFENSE | PERSONAL INJURY | CIVIL LITIGATION

The information contained in this electronic mail message is from the law firm of Slavey & Shumaker PLLC and may contain legally privileged or confidential information intended for use by authorized persons. If you have received this email in error, then please permanently delete the email. Please do not disseminate, distribute, or copy this email. If you have received this email in error, then please contact Slavey & Shumaker PLLC immediately so that we may take appropriate action. Thank you.

---

**From:** Zachary A. Viglianco <zviglianco@wvago.gov>
**Sent:** Friday, October 9, 2026 4:36 PM
**To:** tyler@sslawwv.com
**Cc:** 'Scott Harris Esq.' <scott@sslawwv.com>
**Subject:** RE: Downstream Strategies, L.L.C.

Tyler –

Confirming receipt of your email. I appreciated our cordial conversation and look forward to discussing this issue again at an appropriate time.

Have a great weekend!

-Zach

**Zachary A. Viglianco**
*Director of Strategic Litigation*
Office of the WV Attorney General
Main Office: 304.558.2021
Direct: 304.558.4426 | Cell: 304.215.3020
Zachary.A.Viglianco@wvago.gov

---

**From:** tyler@sslawwv.com <tyler@sslawwv.com>
**Sent:** Friday, October 9, 2026 4:33 PM
**To:** Zachary A. Viglianco <zviglianco@wvago.gov>
**Cc:** 'Scott Harris Esq.' <scott@sslawwv.com>
**Subject:** Downstream Strategies, L.L.C.

You don't often get email from tyler@sslawwv.com. Learn why this is important

Mr. Viglianco,

Thank you very much for speaking with me a few minutes ago. As we discussed, I represent Downstream Strategies, L.L.C. Since I just received the Investigatory Subpoena that was served upon my client, I have not had a chance to fully analyze the same. As we also discussed, my client believes that some responsive documents are likely subject to non-disclosure agreements. My client is also concerned that, due to the breadth of the Subpoena, it may not be able to fully respond to the Subpoena by November 2, 2026.

I can assure you that Downstream Strategies intends to respond to the Subpoena in good faith. I will contact you soon to further discuss this matter. Thank you again and have a great weekend.

Tyler

--
J. Tyler Slavey, Esq.
Slavey & Shumaker PLLC
174 Chancery Row
Morgantown, WV 26505
(304) 212-5791
(304) 212-7908 (fax)
www.sslawwv.com

CRIMINAL DEFENSE | PERSONAL INJURY | CIVIL LITIGATION

The information contained in this electronic mail message is from the law firm of Slavey & Shumaker PLLC and may contain legally privileged or confidential information intended for use by authorized persons. If you have received this email in error, then please permanently delete the email. Please do not disseminate, distribute, or copy this email. If you have received this email in error, then please contact Slavey & Shumaker PLLC immediately so that we may take appropriate action. Thank you.

**Zachary A. Viglianco**

---

**From:** Zachary A. Viglianco
**Sent:** Friday, October 23, 2026 4:29 PM
**To:** Andrew Earley
**Cc:** Tim Fitchett
**Subject:** RE: West Virginia Citizen Action Education Fund

Andrew –

Thank you for reaching out and for our recent phone conversations. The Attorney General's Office is certainly willing to meet-and-confer to discuss the scope of the subpoena and any other issues your client may have regarding it.

Please consider this email formal notice that the November 2, 2026 response deadline for the investigatory subpoena sent to your client, West Virginia Citizen Action Education Fund, is hereby suspended indefinitely. We can discuss a new response date during the conferral process.

Please feel free to propose conferral times/dates that work for you and I will check my calendar and let you know.

Thanks!

-Zach

**Zachary A. Viglianco**
*Director of Strategic Litigation*
Office of the WV Attorney General
Main Office: 304.558.2021
Direct: 304.558.4426 | Cell: 304.215.3020
Zachary.A.Viglianco@wvago.gov

---

**From:** Andrew Earley <aearley@fairshake-els.org>
**Sent:** Friday, October 23, 2026 4:22 PM
**To:** Zachary A. Viglianco <zviglianco@wvago.gov>
**Cc:** Tim Fitchett <tfitchett@fairshake-els.org>
**Subject:** West Virginia Citizen Action Education Fund

You don't often get email from aearley@fairshake-els.org. Learn why this is important

Zach,

Thanks for your time today. Per our phone conversations, WV Citizen Action Education Fund, by counsel, is willing to schedule a meet and confer with your office on the condition that the Nov. 2 deadline is extended. I know you are busy right now, but we will look forward to scheduling with your office to discuss this matter.

Best,

Andrew Earley
WV Staff Attorney
Fair Shake Environmental Legal Services
232 Capitol Street, Ste. 14
Charleston, WV 25301
aearley@fairshake-els.org
www.fairshake-els.org
304-712-9352

This e-mail (and any attachments hereto) is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments hereto, is strictly prohibited. If you have received this e-mail in error, please (1) notify me by replying to this message; (2) permanently delete the original and any electronic copies of this e-mail and any attachments; and (3) destroy any hard copies of the same. Although this e-mail is not intended to contain any virus or defect, you are responsible for ensuring that no virus or defect exists that may affect your computer. The sender disclaims any responsibility for any loss or damages arising from any virus or defect associated with this e-mail. Thank you.