# Ex. B

**Zachary A. Viglianco**

| | |
|---|---|
| **From:** | Zachary A. Viglianco |
| **Sent:** | Friday, October 23, 2026 1:36 PM |
| **To:** | 'Derek Teaney' |
| **Cc:** | Amanda Demmerle |
| **Subject:** | RE: Activity in Case 2:26-cv-00679 West Virginia Rivers Coalition, Inc. et al v. McCuskey Order |

Hi Derek –

I appreciate the courtesy call yesterday and your efforts to ensure our Office has access to all the relevant materials related to your request for a TRO.

At present, everything in the litigation you have initiated is happening under significant time pressure. We understand your clients' urgency given the upcoming November 2, 2026 response deadline set forth in the subpoena. Had you reached out to us with concerns about that deadline – or any other aspect of the subpoena – we would have been happy to discuss and see if an accommodation/modification was possible. Indeed, after receiving outreach from another recipient of a similar subpoena, we amended the response deadline to facilitate their compliance efforts.

In that spirit, we would like to propose the following:

- We will immediately and indefinitely suspend the November 2, 2026 deadline applicable to your clients pending a meet-and-confer.
- We inform Judge Goodwin of this plan and ask that he hold your TRO motion in abeyance.
- If good faith efforts at the meet-and-confer fail to produce a mutually satisfactory arrangement, the parties can inform the Court and active litigation can resume.

I will call shortly to discuss further. Thank you!

-Zach

**Zachary A. Viglianco**
*Director of Strategic Litigation*
Office of the WV Attorney General
Main Office: 304.558.2021
Direct: 304.558.4426 | Cell: 304.215.3020
Zachary.A.Viglianco@wvago.gov

---

**From:** Derek Teaney <dteaney@appalmad.org>
**Sent:** Thursday, October 22, 2026 12:43 PM
**To:** Zachary A. Viglianco <zviglianco@wvago.gov>
**Cc:** Amanda Demmerle <ademmerle@appalmad.org>
**Subject:** FW: Activity in Case 2:26-cv-00679 West Virginia Rivers Coalition, Inc. et al v. McCuskey Order

You don't often get email from dteaney@appalmad.org. Learn why this is important

Hi Zach — We just received this order from Judge Goodwin. He's directed us to immediately provide a copy of the order and other case filings to the Attorney General immediately. I've attached that order to this email, as well as the other documents he directed us to provide (many of which you may already have).

If sending these to you is not sufficient to get them to the Attorney General, please let me know as soon as possible so that I can an alternate means to comply with the Court's direction.

Cheers,

Derek

Derek Teaney
Deputy Director
Appalachian Mountain Advocates
P.O. Box 507
Lewisburg, WV 24901
Phone: (304) 646-1182
Email: dteaney@appalmad.org
www.appalmad.org

---

**From:** wvsd_ecf@wvsd.uscourts.gov <wvsd_ecf@wvsd.uscourts.gov>
**Date:** Thursday, October 22, 2026 at 12:29 PM
**To:** Courtmail@wvsd.uscourts.gov <Courtmail@wvsd.uscourts.gov>
**Subject:** Activity in Case 2:26-cv-00679 West Virginia Rivers Coalition, Inc. et al v. McCuskey Order

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
*****NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

**United States District Court**

**Southern District of West Virginia**

## Notice of Electronic Filing

The following transaction was entered on 10/22/2026 at 12:28 PM EDT and filed on 10/22/2026

| | |
|---|---|
| **Case Name:** | West Virginia Rivers Coalition, Inc. et al v. McCuskey |
| **Case Number:** | 2:26-cv-00679 |
| **Filer:** | |
| **Document Number:** | 6 |

**Docket Text:**
**ORDER directing Attorney General McCuskey to respond to the [2] Motion by 350.org, West Virginia Rivers Coalition, Inc. for a Temporary Restraining Order no later than 10/26/2026 at 3:00 p.m.; any reply must be filed by 10/27/2026 at 3:00 p.m.; a hearing on the motion is SCHEDULED for 10/29/2026 at 1:00 p.m. in Charleston; further directing counsel for plaintiffs to IMMEDIATELY furnish a copy of this Order, the Complaint, the Motion, the Memorandum in Support, and all attached exhibits to Attorney General McCuskey. Signed by Judge Joseph R. Goodwin on 10/22/2026. (cc: counsel of record; any unrepresented party) (cmb)**

**2:26-cv-00679 Notice has been electronically mailed to:**

Amanda Demmerle adetmmerle@appalmad.org

Derek O. Teaney dteaney@appalmad.org, derek_teaney@yahoo.com, jlovett@appalmad.org

**2:26-cv-00679 Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1060112543 [Date=10/22/2026] [FileNumber=10965922
-0] [66718307d39b9250225af9713d35d678d668adb485fe7fb9c547e78787e86baba
e6a9df8f06a74990a0bb8dbb65e53b7c0c4004b71ba5f699138ebfdc390978c]]