**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**
**CHARLESTON DIVISION**

**WEST VIRGINIA RIVERS COALITION, INC.,**
**and 350.org,**

Plaintiffs,

**v.**

**Case No. 2:26-cv-00679**
Hon. Joseph R. Goodwin

**JOHN B. MCCUSKEY, in his official capacity as Attorney General of the State of West Virginia,**

Defendant.

**NOTICE OF APPEARANCE**

NOTICE IS HEREBY GIVEN that Ryan McCune Donovan enters this appearance for Defendant John B. McCuskey in the above-captioned proceeding. Mr. Donovan is to be included as counsel of record on all subsequent filings in this matter and served at the office, address, telephone number, and email address listed below.

Dated: October 26, 2026

**JOHN B. MCCUSKEY, in his official capacity as Attorney General of the State of West Virginia,**

By Counsel:

*/s/ Ryan McCune Donovan*

Ryan McCune Donovan (WVSB #11660)
HISSAM FORMAN DONOVAN RITCHIE PLLC
P.O. Box 3983
Charleston, WV 25339
(o) (681) 265-3802
(f) (304) 982-8056
rdonovan@hfdrlaw.com