# Ex. A

State of West Virginia
Office of the Attorney General

John B. McCuskey
Attorney General

Phone: (304) 558-2021
Fax: (304) 558-0140

October 26, 2026

Dear Mr. Teaney & Ms. Demmerle:

This letter concerns a modification to the scope of the investigatory subpoenas issued to your clients, West Virginia Rivers Coalition and 350.org. Consistent with the representations made on page 9 of our Response in Opposition to your clients' Motion for Temporary Injunction and Preliminary Injunction, I write to formally memorialize that the Attorney General is withdrawing—and will not seek to enforce—any request in those subpoenas (or any language that can be construed to require) the disclosure of *any* donor's identity *including* the identity of organizational donors.

For the avoidance of doubt, the Attorney General's modification includes, but is not limited to, the following:

- Instruction No. 8 is modified to eliminate the exception permitting identification of organizational funding sources and the statement that funding responses should include "the names of organizations";
- Demand No. 13(b) is modified to eliminate the request to identify "which organization provided" funding for an identified climate claim;
- Demand No. 14(b) is modified to eliminate the required identification of the "source of such funding" when it identifies an organizational donor or funder; and
- Demands No. 9, 12-16 are clarified to leave no doubt that (a) responsive agreements, grants, sponsorships, communications, and financial records may be redacted to remove organizational donor identities; and (b) documents responsive solely because they identify a donor need not be produced.

These modifications are not intended to be exclusive. To the extent additional modifications are necessary to protect your client's First Amendment rights with respect to donor identity, the Attorney General intends such modifications to be effectuated by this notice and will respect withholding or redaction predicated on a legitimate invocation of such a First Amendment interest.

The Attorney General further warrants that, should enforcement efforts related to these (or any similar, subsequently-issued) subpoenas directed to your clients, be initiated in the future, he

will not re-issue any request or demand withdrawn via this modification, and under no circumstances will he attempt to enforce any request or demand for donor identifying information of any kind.

If you have any questions about the scope of this modification or any other representation contained in this letter, do not hesitate to reach out to me at your convenience. I stand ready to resolve any ambiguities so that we can avoid any confusion during the upcoming hearing before the Court.

Sincerely yours,

Zachary A. Viglianco