# District Judge Daybook Entry

## United States District Court - Southern District of West Virginia at Charleston

| | | | |
|---|---|---|---|
| Date: | 10/29/2026 | Case Number: | 2:26-cv-00679 |
| Case Style: | West Virginia Rivers Coalition, Inc. vs. McCuskey | | |
| Type of hearing: | TRO Hearing | | |
| Before the Honorable: | 2513-Goodwin | | |
| Court Reporter: | Amanda Pickens | Courtroom Deputy: | Zach Spurrier |

Attorney(s) for the Plaintiff or Government:

Amanda Demmerle, Derek Teaney

Attorney(s) for the Defendant(s):

Ryan Donovan, Zachary Viglianco

Law Clerk: Caroline Toler

Probation Officer:

## Court Times

| Start Time | End Time | Court Time Description |
|---|---|---|
| 12:58 PM | 2:12 PM | Non-Trial Time/Uncontested Time |

Time in court: 1 hours and 14 minutes. Non-Trial Time/Uncontested Time

## Courtroom Notes

Scheduled Start: 1:00 PM
Actual start: 12:58 PM

Temporary Restraining Order Hearing
Re: Motion for TRO [ECF No. 2].
Counsel present for both parties.

Court addresses counsel.

Ms. Demmerle addresses court on behalf of Plaintiffs.
Mr. Donovan addresses court on behalf of Defendant.

End: 2:12 PM