**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**
**AT CHARLESTON**

**WEST VIRGINIA RIVERS COALITION, INC., and 350.org,**

**Plaintiffs,**

**v.** **Civil Action No. 2:26-cv-00679**

**JOHN B. MCCUSKEY, in his official capacity as Attorney General of the State of West Virginia,**

**Defendant.**

**PLAINTIFFS' MOTION TO ADVANCE THE TRIAL ON THE MERITS AND CONSOLIDATE IT WITH THE HEARING ON THEIR MOTION FOR A PRELIMINARY INJUNCTION**

Pursuant to Federal Rule of Civil Procedure 65(a)(2), Plaintiffs West Virginia Rivers Coalition, Inc., and 350.org move for an order advancing the trial on the merits and consolidating it with the hearing on Plaintiffs' motion for a preliminary injunction, ECF No. 2. In support, Plaintiffs state as follows.

1. Rule 65(a)(2) provides that, "[b]efore or after beginning the hearing on a motion for a preliminary injunction, the court may advance the trial on the merits and consolidate it with the hearing." Plaintiffs raised that rule at the October 29, 2026 proceedings and make this motion before the hearing so that the parties have the clear notice the Supreme Court requires. Univ. of Tex. v. Camenisch, 451 U.S. 390, 395 (1981).

2. This case presents two questions. Whether Defendant can investigate Plaintiffs on the basis of their protected advocacy is a question the Court has already analyzed on the parties' briefs and oral argument. ECF No. 20 at 16–23. Whether Defendant initiated the investigations because of Plaintiffs' protected activity turns on Defendant's reasons, which are within his own knowledge. Neither question requires discovery.

3. At the October 29, 2026 hearing, Defendant's counsel stated that Defendant would need discovery before any ruling on the merits. Counsel did not identify any fact Defendant needs to discover, any witness Defendant needs to examine, or any document Defendant needs to obtain. Defendant's written response identified none. ECF No. 14. Nonetheless, Defendant's counsel seemed to indicate at the October 29, 2026 hearing that Defendant saw discovery in this matter as an alternative path to obtain the documents his unconstitutional subpoena seeks.

4. The Complaint seeks declaratory and injunctive relief and attorney's fees. ECF No. 1 at 45–46. It demands no damages and no jury. Consolidation implicates no jury right.

5. Plaintiffs request that the Court: (a) advance the trial on the merits of all claims and consolidate it with the hearing on ECF No. 2; (b) set the consolidated hearing for the date of the Court's choosing; (c) direct the parties to exchange and file witness lists and exhibit lists no later than two days before that date; (d) direct that testimony be taken in open court, Fed. R. Civ. P. 43(a); and (e) if the hearing or the Court's decision will fall after November 12, 2026, extend the temporary restraining order, ECF No. 20, for good cause under Rule 65(b)(2) through the date of decision.

A memorandum in support is submitted with this motion.

Dated: November 3, 2026

Respectfully submitted,

**/s/ Derek Teaney**

DEREK TEANEY (WVBN 10223)
AMANDA DEMMERLE (WVBN 13930)
APPALACHIAN MOUNTAIN ADVOCATES, INC.
P.O. Box 507
Lewisburg, WV 24901
Telephone: (304) 646-1182
Email: dteaney@appalmad.org
ademmerle@appalmad.org

Counsel for Plaintiffs

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**
**AT CHARLESTON**

**WEST VIRGINIA RIVERS COALITION, INC.,**
**and 350.org,**

**Plaintiffs,**

**v.** **Civil Action No. 2:26-cv-00679**

**JOHN B. McCUSKEY, in his official capacity as**
**Attorney General of the State of West Virginia,**

**Defendant.**

**CERTIFICATE OF SERVICE**

I, Derek O. Teaney, do hereby certify that, on November 3, 2026, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF filing system, which will notify the following participants:

Zachary A. Viglianco
Director of Strategic Litigation
Office of the Attorney General of West Virginia
State Capitol Complex
1900 Kanawha Blvd., East
Charleston, WV 25314
zviglianco@wvago.gov

Ryan McCune Donovan
Hissam Forman Donovan Ritchie PLLC
700 Virginia St. East, Suite 210
Charleston, WV 25301
rdonovan@hfdrlaw.com

**/s/ Derek O. Teaney**
**DEREK O. TEANEY (WVBN 10223)**