**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**CHARLESTON DIVISION**

WEST VIRGINIA RIVERS COALITION, INC., and

350.ORG,

Plaintiffs,

v. CIVIL ACTION NO. 2:26-cv-00679

JOHN B MCCUSKEY,
*In his official capacity as Attorney General of the State of West Virginia*

Defendant.

**ORDER**

Pending before the court is Defendant Attorney General McCuskey's Motion to Continue Hearing on Temporary Restraining Order ("TRO") and Related Deadlines. [ECF No. 27]. In his motion, Defendant consents to extension of the TRO through December 17, 2026. *Id.* Since the TRO was granted on October 29, 2026, the parties have "conferred to discuss an agreed resolution of this matter which, if finalized, would result in the withdrawal of the Attorney General's investigative subpoena, among other things. The Defendant [has] agreed to provide a written proposal to the Plaintiffs no later than November 9, 2026." *Id.* at 2.

Accordingly, Defendant asks this court to suspend the briefing schedule; cancel the hearing on a Preliminary Injunction scheduled for November 16, 2026; and extend the TRO until December 17, 2026. *Id.* Plaintiffs do not oppose this motion.

The motion, **[ECF No. 27]**, is **GRANTED**. Ordinarily, a TRO may not last more 28 days (two 14-day terms), but the Federal Rules permit a longer extension with consent of the adverse party. Federal Rule of Civil Procedure 65(b)(2) states that a TRO expires after fourteen days from

its entry, "unless before that time the court, for good cause, extends it for a like period or the adverse party consents to a longer extension." Here, AG McCuskey consents to an extension through December 17, 2026, and Plaintiffs do not oppose a continuance of the briefing and hearing schedule.

Therefore, the preliminary injunction hearing previously scheduled for November 16, 2026, is **CANCELED**. [ECF No. 25, at 1–2 ¶¶ 1–2]. The briefing deadlines set forth in the court's November 6, 2026 Order are likewise **CANCELED**. [ECF No. 25, at 2 ¶¶ 3–6]. The prohibition of discovery requests and the court's anticipation of expeditious litigation, as stated in Paragraphs 7 and 8, **REMAIN** as ordered.

The temporary restraining order—set forth on October 29, 2026, and extended on November 6, 2026—is **EXTENDED** by consent of Defendant AG McCuskey to **December 17, 2026, at 4:00 p.m.** The court further **ORDERS** that the parties jointly file a status update no later than November 16, 2026.

The court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

ENTER: November 8, 2026

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE