**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**
**CHARLESTON DIVISION**

WEST VIRGINIA RIVERS COALITION, INC.,
and 350.ORG,

Plaintiffs,

v.

CIVIL ACTION NO. 2:26-cv-00679
Hon. Joseph R. Goodwin

JOHN B. MCCUSKEY, in his official capacity as Attorney General of the State of West Virginia,

Defendant.

---

**JOINT STATUS REPORT**

Plaintiffs West Virginia Rivers Coalition, Inc. and 350.org, and Defendant John B. McCuskey, in his official capacity as Attorney General of the State of West Virginia, jointly submit this status report as the Court directed. [ECF No. 28].

1. On November 8, 2026, the Court granted Defendant's unopposed motion to continue. [ECF No. 28]. The Court extended the temporary restraining order, by consent, through December 17, 2026, at 4:00 p.m. It canceled the November 16, 2026 hearing and the briefing deadlines set in its November 6, 2026 Order. The prohibition on discovery requests remains in place. The Court directed the parties to file a joint status update by November 16, 2026. [Id.].

2. On November 16, 2026, the parties submitted a joint status report [ECF No. 29], advising the Court that: (a) they had continued to confer and exchange proposals in good faith; (b) the discussions had been productive; (c) though they had made progress on several issues in dispute, some issues remained; (d) they wished to continue working through the

remaining issues in good faith; and (e) they expected to file another joint status report by November 20, 2026.

3. Over the past week, the parties have continued to confer and negotiate in good faith but did not reach a resolution.

4. On November 20, 2026, the Attorney General provided a letter to Plaintiffs' counsel stating that he had withdrawn the subpoenas in their entirety and closed the investigations of the Plaintiffs. The letter further contains additional commitments and assurances about the Office's future conduct in relation to the Plaintiffs and the subjects of the subpoenas. The Attorney General's letter is attached as Exhibit A.

5. The Attorney General's letter takes the position that no live controversy remains, and asks that the Plaintiffs agree to a stipulation of dismissal no later than November 25, 2026. If the Plaintiffs do not stipulate to dismissal, the Attorney General will move to dismiss the case as moot.

6. After reviewing the letter, Plaintiffs' counsel informed the Attorney General that if he files a motion to dismiss the case as moot, the Plaintiffs intend to file a motion for summary judgment.

7. The temporary restraining order remains in effect. The parties do not ask the Court to take any other action at this time.

Dated: November 20, 2026

Respectfully submitted,

/s/ Derek Teaney (with permission)
Derek Teaney (WVBN 10223)

Amanda Demmerle (WVBN 13930)
Appalachian Mountain Advocates, Inc.
P.O. Box 507
Lewisburg, WV 24901
Telephone: (304) 646-1182
dteaney@appalmad.org
ademmerle@appalmad.org
Counsel for Plaintiffs

JOHN B. MCCUSKEY, in his official capacity
as Attorney General of West Virginia,
By counsel,

Zachary A. Viglianco (WVSB No. 12579)
Director of Strategic Litigation
Office of the Attorney General
State Capitol Complex
1900 Kanawha Blvd., East
Charleston, WV 25305
Telephone: (304) 558-2021
zviglianco@wvago.gov

/s/ Ryan McCune Donovan
Ryan McCune Donovan (WVSB No. 11660)
Special Assistant Attorney General
Hissam Forman Donovan Ritchie PLLC
700 Virginia St. East, Suite 210
Charleston, WV 25301
Telephone: (681) 265-3802
rdonovan@hfdrlaw.com
Counsel for Defendant

**CERTIFICATE OF SERVICE**

I certify that on November 20, 2026, the foregoing Joint Status Report was filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ Ryan McCune Donovan
Ryan McCune Donovan (WVSB No. 11660)